FILED

2010 May-04  PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD RAY SANDERSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 2:10-cv-00671-RDP-PWG |
| | ) | |
| MONTGOMERY COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The magistrate judge filed a report on April 12, 2010, recommending that this action be transferred to the United States District Court for the Middle District of Alabama.  Plaintiff has failed to object or otherwise respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**.  It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this _____4th_____ day of May, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE